**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LI HONG CHENG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANADA GOOSE HOLDINGS INC., DANI REISS, JONATHAN SINCLAIR, and JOHN BLACK,<br><br>Defendants. | Case No. 1:19-cv-08204-VSB<br><br>CLASS ACTION |

**DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT**
**OF RICARDO CARDOSO'S MOTION FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, W. Scott Holleman, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movant Ricardo Cardoso ("Movant") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      Ricardo Cardoso's Certification, attaching his securities during the Class Period in a Schedule A, thereto;

Exhibit B:      Chart detailing Movant's financial losses;

Exhibit C:      Press release published September 3, 2019, on *Globe Newswire* announcing the pendency of the securities class action against

Defendants herein:  *Cheng v. Canada Goose Holdings, Inc., et al.*,

Case No. 1:19-cv-08204; and

Exhibit D:     Bragar Eagel & Squire, P.C. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing facts are true and correct.  Executed this 4th day of November, 2019.

/s/ W. Scott Holleman
W. Scott Holleman