# Exhibit B

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | Canada Goose Holdings Inc. (NYSE: GOOS) | | | | | |
| **Client Name** | Ricardo Cardoso | | | **LIFO Loss** | **($47,520.00)** | |
| **Ticker Symbol** | GOOS | | | | | |
| **Class Period Start** | 03/16/2017 | | | | | |
| **Class Period End** | 08/01/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 12/18/2018 | 2,000 | $52.18 | ($104,360.00) | | | ($104,360.00) |
| 5/7/2019 | 2,000 | $52.66 | ($105,320.00) | | | ($105,320.00) |
| | | | | | **Subtotal** | ($209,680.00) |
| **Shares Retained** | 4,000 | | **90-Day Average Price** | | **Retained Share Value** | $162,160.00 |
| | | | $40.54 | | **Total** | ($47,520.00) |