# Exhibit C

*Source: Pomerantz LLP*

*September 03, 2019 20:31 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action against Canada Goose Holdings Inc. and Certain Officers – GOOS

NEW YORK, Sept. 03, 2019 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Canada Goose Holdings Inc. ("Canada Goose" or the "Company") (NYSE: GOOS) and certain of its officers.   The class action, filed in United States District Court, for the Southern District of New York, and indexed under 19-cv-08204, is on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired publicly traded Canada Goose securities between March 16, 2017 and August 1, 2019, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Canada Goose securities during the class period, you have until November 4, 2019, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Canada Goose operates in two segments—Wholesale and Direct to Consumer.  The Company offers parkas, jackets, shells, vests, knitwear, footwear, and accessories for fall, winter, and spring seasons. Canada Goose uses, among other materials, animal down and furs for its winter jackets and other apparel.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Canada Goose sourced the down and fur used in its clothing products in a way that treated animals in an unethical and inhumane manner; (ii) Canada Goose was thus non-compliant with relevant FTC regulations pertaining to false advertising with respect to its sourcing practices; (iii) accordingly, Canada Goose was the subject of an ongoing FTC investigation regarding false advertising; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On November 2, 2017, the non-profit organization People for the Ethical Treatment of Animals ("PETA") issued a press release alleging that Canada Goose suppliers used unethical measures to obtain the down and fur used in creating the Company's clothing merchandise (the "PETA Press Release").  The PETA Press Release also stated that PETA had issued a complaint to the FTC regarding these practices because the Company represented in communications and promotional materials that its clothing was produced with down and fur from sources that treated the animals used in sourcing those materials ethically and humanely.

On this news, Canada Goose's stock price fell $0.70 per share, or roughly 3.27%, to close at $20.72 per share on November 2, 2017.

Nevertheless, even after the PETA Press Release, Canada Goose continued to represent that the down and fur used in producing its clothing products were collected using humane and ethical practices.

Then, on June 17, 2019, the United States Federal Trade Commission ("FTC") issued a closing letter to Canada Goose's legal counsel. The FTC Closing Letter stated that the FTC had investigated Canada Goose's advertising practices for possible violations of the Federal Trade Commission Act ("FTC Act"), citing "concern[s] that Canada Goose may have made false or misleading representations about the treatment of geese whose down is used in Canada Goose's apparel." The FTC further stated that it had not recommended enforcement action against Canada Goose because the Company had "remov[ed] the advertising claims at issue from the marketplace and clarify[ied] its business practices in marketing materials." However, the FTC expressly stated that "[t]his action is **not** to be construed as a determination that a violation of law did not occur" and "reserve[d] the right to take further action as the public interest may warrant." (Emphasis added.)

On this news, Canada Goose's stock price fell $0.50 per share, or 1.36%, to close at $36.17 per share on June 17, 2019.

According to an article published on July 12, 2019 by *Truth In Advertising* ("*TINA*")—a well-known watchdog for deceptive marketing practices—Canada Goose continued to deny that it had changed the substance of its prior statements, telling *TINA*: "We continuously update language in our marketing materials and in our communications, and in this instance the substance of our prior statements has remained the same." At least in part as a result of Canada Goose's refusal to admit it had changed the substance of its prior marketing materials and communications, the Company's securities continued to trade at artificially inflated prices throughout the Class Period.

Finally, on August 1, 2019, the *New York Post* published an article entitled "Canada Goose pulls claims about its 'ethical' treatment of animals" (the "*New York Post* Article").

According to the *New York Post* Article, Canada Goose had abandoned its claims of ethical treatment of animals used in making its winter jackets and clothing in response to the FTC's regulatory review. The *New York Post* Article also reported that Canada Goose had removed from its website previous claims that the Company sourced coyote fur from animals in overpopulated areas, as well as videos purporting to show where Canada Goose obtained down for its parkas. The *New York Post* article also reported PETA's assertion that its complaint to the FTC in 2017 had precipitated the FTC's investigation into Canada Goose for potential violations of the FTC Act.

On this news, Canada Goose's stock price fell $2.21 per share, or over 4.7%, to close at $44.58 per share on August 1, 2019.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com