# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **National Elevator Industry Pension Fund** | 10/31/2018 | 642 | $54.23 | $34,816.17 | 05/29/2019 | 6,855 | $41.83 | $286,756.99 | |
| | 10/31/2018 | 1,006 | $54.33 | $54,659.20 | held | 93,149 | $40.43 | $3,766,413.28 | |
| | 10/31/2018 | 2,223 | $54.37 | $120,866.73 | | | | | |
| | 11/01/2018 | 15 | $55.50 | $832.50 | | | | | |
| | 11/01/2018 | 73 | $54.34 | $3,966.46 | | | | | |
| | 11/01/2018 | 189 | $54.25 | $10,252.46 | | | | | |
| | 11/01/2018 | 522 | $54.01 | $28,192.85 | | | | | |
| | 11/01/2018 | 1,134 | $55.35 | $62,766.67 | | | | | |
| | 11/01/2018 | 1,496 | $54.34 | $81,292.04 | | | | | |
| | 11/01/2018 | 2,262 | $53.97 | $122,079.46 | | | | | |
| | 11/02/2018 | 307 | $58.19 | $17,863.69 | | | | | |
| | 11/02/2018 | 842 | $58.00 | $48,836.00 | | | | | |
| | 11/02/2018 | 3,452 | $58.02 | $200,285.04 | | | | | |
| | 11/02/2018 | 3,518 | $57.33 | $201,685.88 | | | | | |
| | 11/05/2018 | 1,100 | $57.85 | $63,632.80 | | | | | |
| | 11/05/2018 | 7,349 | $57.46 | $422,261.77 | | | | | |
| | 11/06/2018 | 835 | $58.98 | $49,251.89 | | | | | |
| | 11/06/2018 | 1,077 | $58.96 | $63,500.46 | | | | | |
| | 11/06/2018 | 2,158 | $58.92 | $127,138.57 | | | | | |
| | 11/07/2018 | 538 | $61.32 | $32,988.71 | | | | | |
| | 11/07/2018 | 1,079 | $61.50 | $66,358.50 | | | | | |
| | 11/08/2018 | 160 | $59.95 | $9,591.55 | | | | | |
| | 11/08/2018 | 2,374 | $60.81 | $144,373.39 | | | | | |
| | 11/09/2018 | 1,150 | $59.54 | $68,475.26 | | | | | |
| | 11/12/2018 | 1,079 | $58.03 | $62,614.37 | | | | | |
| | 11/12/2018 | 2,426 | $57.32 | $139,066.33 | | | | | |
| | 11/12/2018 | 5,049 | $57.89 | $292,272.47 | | | | | |
| | 11/13/2018 | 3,239 | $58.63 | $189,894.15 | | | | | |
| | 11/13/2018 | 4,602 | $58.14 | $267,578.23 | | | | | |
| | 11/14/2018 | 1,079 | $62.00 | $66,898.00 | | | | | |
| | 02/19/2019 | 1,272 | $53.53 | $68,085.07 | | | | | |
| | 02/19/2019 | 2,618 | $53.67 | $140,500.21 | | | | | |
| | 02/20/2019 | 1,429 | $53.37 | $76,258.59 | | | | | |
| | 02/20/2019 | 2,146 | $53.58 | $114,975.81 | | | | | |
| | 02/20/2019 | 4,903 | $53.77 | $263,651.47 | | | | | |
| | 02/21/2019 | 11,658 | $53.20 | $620,153.14 | | | | | |
| | 02/22/2019 | 1,926 | $54.27 | $104,528.26 | | | | | |
| | 04/16/2019 | 378 | $49.99 | $18,898.03 | | | | | |
| | 04/17/2019 | 126 | $51.78 | $6,524.65 | | | | | |
| | 04/17/2019 | 3,349 | $52.45 | $175,655.05 | | | | | |
| | 06/07/2019 | 17,224 | $33.68 | $580,118.10 | | | | | |
| **Movant's Total** | | **100,004** | | **$5,223,639.95** | | **100,004** | | **$4,053,170.27** | **($1,170,469.68)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $40.43 as of October 30, 2019.

Prices listed are rounded up to two decimal places.