UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

LI HONG CHENG, Individually and on Behalf : Civil Action No. 1:19-cv-08204-VSB
of All Others Similarly Situated,           :
                                                     : CLASS ACTION
                   Plaintiff,  :
                                                     : DECLARATION OF DAVID A.
         vs.  : ROSENFELD IN SUPPORT OF NATIONAL
                                                     : ELEVATOR INDUSTRY PENSION
CANADA GOOSE HOLDINGS INC., DANI : FUND'S OPPOSITION TO COMPETING
REISS, JONATHAN SINCLAIR and JOHN : MOTIONS FOR APPOINTMENT AS LEAD
BLACK,                                       : PLAINTIFF
                                                   :
                Defendants.  :

——————————————————————— x

4821-1598-9677.v1

I, DAVID A. ROSENFELD, declare as follows:

1.       I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant National Elevator Industry Pension Fund (the "Pension Fund") and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of the Pension Fund's Opposition to Competing Motions for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached are true and correct copies of the following exhibits:

Exhibit 1:       *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Tr. v. RH, Inc.*, No. 4:17-cv-00554-YGR, Notice of Motion and Motion of the Hulaj Family for Consolidation, Appointment as Lead Plaintiff and Approval of Counsel; Memorandum of Points and Authorities in Support of Motion (N.D. Cal. Apr. 3, 2017); and

Exhibit 2:       The Hulaj Family's Sworn Certification Pursuant to Federal Securities Laws filed in *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Tr. v. RH, Inc.*

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of November, 2019, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

4821-1598-9677.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on November 18, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
      & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

# Mailing Information for a Case 1:19-cv-08204-VSB Cheng v. Canada Goose Holdings Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William Scott Holleman**
  holleman@bespc.com,ecf@bespc.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)