UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LI HONG CHENG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CANADA GOOSE HOLDINGS INC., DANI REISS, JONATHAN SINCLAIR, and JOHN BLACK,<br><br>Defendants. | Case No.  1:19-cv-08204-VSB |

REPLY DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER
SUPPORT OF MOTION OF STEVEN HULAJ FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner of Pomerantz LLP ("Pomerantz"), counsel on behalf of Steven Hulaj ("Hulaj"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.      I make this Declaration in further support of Hulaj's motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz as Lead Counsel (the "Lead Plaintiff Motion").

3.      Attached hereto as Exhibit A is a true and correct copy of a Certification executed by Steven Hulaj prior to the filing of his Lead Plaintiff Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 25, 2019, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1