UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

LI HONG CHENG and NATIONAL
ELEVATOR INDUSTRY PENSION FUND,
Individually and on Behalf of All Others
Similarly Situated,

                 Plaintiff,

    v.

CANADA GOOSE HOLDINGS INC., DANI
REISS, JONATHAN SINCLAIR, BAIN
CAPITAL, LP, BRENT (BC)
PARTICIPATION S.À.R.L., BRENT (BC)
S.À.R.L., BAIN CAPITAL INTEGRAL
INVESTORS 2008, L.P., and BAIN CAPITAL
INVESTORS, LLC,

                 Defendants.

——————————————————————— x

: Civil Action No. 1:19-cv-08204-VSB
:
: CLASS ACTION
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**DECLARATION OF MARTIN J. CRISP IN SUPPORT OF
THE DEFENDANTS' MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT**

I, Martin J. Crisp, the undersigned, declare as follows:

     1.      I am a partner at Ropes & Gray LLP ("Ropes & Gray"), and counsel for defendants

Canada Goose Holdings Inc. ("Canada Goose"), Dani Reiss, Jonathan Sinclair, Bain Capital, LP,

Brent (BC) Participation S.à.r.l, Brent (BC) S.à.r.l, Bain Capital Integral Investors 2008, L.P., and

Bain Capital Investors, LLC (collectively, the "Defendants") in the above-captioned proceeding.

I respectfully submit this declaration in support of the Defendants' Motion to Dismiss the

Amended Class Action Complaint. The facts set forth below are based upon my personal

knowledge, and review of public records.

2.     For the convenience of the Court, copies of certain documents referenced in the Defendants' Memorandum of Law in Support of the Defendants' Motion to Dismiss the Amended Class Action Complaint are attached hereto as follows:

a. **Exhibit A** is a chart created by Ropes & Gray for this proceeding that lists the alleged misstatements cited in the Amended Class Action Complaint, and notes which of Defendants' arguments (e.g., that certain disclosures are non-actionable statements of historical fact) apply to each statement.

b. **Exhibit B** is a true and correct copy of Canada Goose's Final Prospectus filed with the United States Securities & Exchange Commission (the "SEC") on March 16, 2017.

c. **Exhibit C** is a true and correct copy of Canada Goose's press release filed with the SEC on June 2, 2017.

d. **Exhibit D** is a true and correct copy of Canada Goose's FY2018 Form 20-F filed with the SEC on June 15, 2018.

e. **Exhibit E** is a true and correct copy of Canada Goose's press release filed with the SEC on June 15, 2018.

f. **Exhibit F** is a true and correct copy of Canada Goose's Form 6-K filed with the SEC on August 9, 2018, which includes the accompanying press release, also dated August 9, 2018.

g. **Exhibit G** is a true and correct copy of a transcript of Canada Goose's Q1 2019 earnings call, held on August 9, 2018.

h. **Exhibit H** is a true and correct copy of Canada Goose's Form 6-K filed with the SEC on November 14, 2018, which includes the accompanying press release, also dated November 14, 2018.

i. **Exhibit I** is a true and correct copy of a transcript of Canada Goose's Q2 2019 earnings call, held on November 14, 2018.

j. **Exhibit J** is a true and correct copy of Canada Goose's Prospectus Supplement, dated November 26, 2018, and filed with the SEC on November 28, 2018.

k. **Exhibit K** is a true and correct copy of Canada Goose's Form 6-K filed with the SEC on February 14, 2019, which includes the accompanying press release, also dated February 14, 2019.

l. **Exhibit L** is a true and correct copy of a transcript of Canada Goose's Q3 2019 earnings call, held on February 14, 2019.

m. **Exhibit M** is a true and correct copy of Canada Goose's Form 6-K filed with the SEC on May 29, 2019, which includes the accompanying press release, also dated May 29, 2019.

n. **Exhibit N** is a true and correct copy of a transcript of Canada Goose's Q4 2019 and FY2019 earnings call, held on May 29, 2019.

o. **Exhibit O** is a true and correct copy of Canada Goose's FY2019 Form 20-F filed with the SEC on May 29, 2019.

3. I declare under penalty of perjury that the foregoing is true and correct.

- 4 -

Dated: May 12, 2020

/s/ Martin J. Crisp
Martin J. Crisp
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9193
Email: martin.crisp@ropesgray.com

*Attorney for Defendants Canada Goose Holdings Inc., Dani Reiss, Jonathan Sinclair, Bain Capital, LP, Brent (BC) Participation S.à.r.l, Brent (BC) S.à.r.l, Bain Capital Integral Investors 2008, L.P., and Bain Capital Investors, LLC*