# EXHIBIT A

*Cheng, et al. v. Canada Goose Holdings Inc., et al.*, No. 1:19-cv-08204-VSB (S.D.N.Y)

**EXHIBIT A**

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact[1] | Puffery[2] | Statements of Opinion[3] | Forward-Looking Statements[4] |
|---|---|---|---|---|---|---|
| | **Plaintiff's Allegations Regarding the Company's First Quarter FY2019 Earnings Disclosures (August 9, 2018)** | | | | | |
| 1. | In the press release, Canada Goose reiterated its previously issued outlook for FY19, stating that the Company expected to achieve "[a]nnual revenue growth of at least 20%," "[a]djusted EBITDA margin expansion of at least 50 basis points," and "[a]nnual growth in adjusted net income per diluted share of at least 25%." (quoting August 9, 2018 Press Release at 2) | AC ¶ 58 | | | X | X |
| 2. | Canada Goose's 1Q19 MD&A . . . stated that "[t]he overall shift of sales from the wholesale segment to the DTC segment continued in the first quarter of fiscal 2019, and is expected to continue as we open more retail stores and expand e-commerce access in future years." (quoting Q1 2019 6-K, MD&A at 4) | AC ¶ 59 | X[5] | | X[6] | X |

[1] *See* Defendants' Memorandum of Law in Support of the Motion to Dismiss ("Defendants' Memorandum of Law") at Section I.A.1 & A.2.

[2] *See* Defendants' Memorandum of Law at Section I.A.3.

[3] *See* Defendants' Memorandum of Law at Section I.A.3.

[4] *See* Defendants' Memorandum of Law at Section I.A.4.

[5] Referring to the statement that sales had shifted from the wholesale channel to the DTC channel in Q1 2019.

[6] Referring to the statement that the shift in sales from the wholesale channel to the DTC channel "is expected to continue" in future years, which is also a protected forward-looking statement.

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact | Puffery | Statements of Opinion | Forward-Looking Statements |
|---|---|---|---|---|---|---|
| 3. | "Growth in our DTC channel is expected to alter the current seasonal concentration of our revenue since customers tend to purchase goods in retail stores and on e-commerce sites at a higher rate in our third and fourth fiscal quarters, compared to the wholesale business, where products are delivered to wholesale partners ahead of their peak selling season in the second and third quarters." (quoting Q1 2019 6-K, MD&A at 5) | AC ¶ 59; *see also* AC ¶¶ 76, 92 | | | X | X |
| 4. | Regarding the Company's working capital requirements and inventory levels, the 1Q19 MD&A stated, "[w]orking capital requirements typically increase throughout our first and second fiscal quarters as inventory builds to support our peak shipping and selling period from August to the end of the calendar year." (quoting Q1 2019 6-K, MD&A at 6) | AC ¶ 60; *see also* AC ¶¶ 77, 93 | | | X | X |
| 5. | The Company's 1Q19 MD&A also described the "seasonal fluctuations in wholesale and distributor customer demand," which had "shifted the delivery timing of customer orders between quarters in prior years, and [could] be expected to affect the quarterly pattern of wholesale revenue" in FY19 and in future years. (quoting Q1 2019 6-K, MD&A at 6) | AC ¶ 61; *see also* AC ¶ 78 | X[7] | | X[8] | X |

---

[7] Referring to the statement that "seasonal fluctuations" had "shifted the delivery timing of customer orders between quarters in prior years."

[8] Referring to the statement that the "shift[]" in "delivery timing" "[could] be expected to affect the quarterly pattern of wholesale revenue" in FY2019 and in future years, which is also a protected forward-looking statement.

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact | Puffery | Statements of Opinion | Forward-Looking Statements |
|---|---|---|---|---|---|---|
| 6. | In his prepared remarks, defendant Reiss highlighted the DTC channel, which he described as "a standout performer," reporting that the Company's "DTC business increased to 51.9% of total revenue compared to 28.5% last year." (quoting Q1 2019 Earnings Call Tr. at 5) | AC ¶ 62 | X[9] | X[10] | | |
| 7. | Providing an update on the Company's retail stores . . . defendant Reiss told investors that Canada Goose was continuing to "***build demand ahead of supply***."[11] (quoting Q1 2019 Earnings Call Tr. at 5) | AC ¶ 62 | | X | X | X |
| 8. | During the call . . . defendant Sinclair denied there was any "underlying shift in demand," assuring investors that "there's something of a mix going on" and that is "just how customers want to take it."[12] (quoting Q1 2019 Earnings Call Tr. at 8) | AC ¶ 63 | X[13] | X[14] | X | |

---

[9] Referring to the statement regarding reported DTC revenue.

[10] Referring to the statement that the DTC channel was a "standout performer."

[11] Mr. Reiss stated that the Company's recent and future new store openings were "***to me*** . . . a direct result of how we build demand ahead of supply." Q1 2019 Earnings Call Tr. at 5 (emphasis added).

[12] Mr. Sinclair began this response to an analyst's question with "**I think**." *See* Q1 2019 Earnings Call Tr. at 8 (emphasis added).

[13] Referring to the statement that the Company had observed a "mix" in the wholesale channel in 1Q 2019.

[14] Referring to the statement denying that there was an "underlying shift in demand," and that it was "just how customers want to take it," which is also a statement of opinion.

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact | Puffery | Statements of Opinion | Forward-Looking Statements |
|---|---|---|---|---|---|---|
| 9. | Analysts also specifically questioned Defendants about timing shifts in the DTC channel, given Defendants' statements that consumers were "buying parkas early," and asked whether investors should expect any impact to the back half of the year in the Company's DTC channel. Defendant Reiss avoided answering the question, instead stating that he would not "speculate on what is going to happen in the future quarters." (quoting Q1 2019 Earnings Call Tr. at 14) | AC ¶ 63 | X | | | |
| 10. | In response to an analyst's question about gross margin opportunities in the DTC and wholesale channels, defendant Sinclair responded, "we've seen good improvement in our DTC gross margin in the quarter – 150 basis points," and "[a]s we look at the margin opportunity for the business, I think you'll see as we see the development of the DTC channel continue, that will alter the mix . . . and, therefore, there will be a mechanical shift in the reported gross margin . . . beyond the natural improvement that one might expect through wholesale." (quoting Q1 2019 Earnings Call Tr. at 8) | AC ¶ 64 | X[15] | | X[16] | X |
| 11. | Defendant Reiss added that the Company's DTC business "has really performed extraordinarily well. We're really, really happy with it."[17] (quoting Q1 2019 Earnings Call Tr. at 9) | AC ¶ 64 | | X | X | |

---

[15] Referring to the statement that DTC gross margin had improved by 150 basis points.

[16] Referring to the statement that growth in the DTC channel would "alter the mix" and would "shift" reported gross margin "beyond the natural improvement that one might expect through wholesale," which is also a protected forward-looking statement.

[17] Mr. Reiss began this response to an analyst's question with "**I think**." *See* Q1 2019 Earnings Call Tr. at 9 (emphasis added).

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact | Puffery | Statements of Opinion | Forward-Looking Statements |
|---|---|---|---|---|---|---|
| 12. | "I think the way to look at the inventory is we're coming out of a quiet quarter. It's our lowest quarter of the year. We are getting ready for the wholesale shipments that come in Q2 and Q3 and . . . of the business in Q3 and Q4 from a DTC point of view. So to be honest, it's an entirely natural process. What's different is that we have all stores coming onstream this year versus last year. ***So ultimately, beyond the business growth, what we're also doing is making sure that inventory is there to meet demand.***" (quoting Q1 2019 Earnings Call Tr. at 12) | AC ¶ 66 | X[18] | | X[19] | X |
| 13. | In response to an analyst's question about demand "outpac[ing] supply," defendant Reiss told investors he was "confident" that the Company had "the production capacity to make the units that we're going to need to meet the demand."[20] (quoting Q1 2019 Earnings Call Tr. at 13) | AC ¶ 67 | | X | X | X |
| **Plaintiff's Allegations Regarding the Company's Second Quarter FY2019 Earnings Disclosures (November 14, 2018)** | | | | | | |
| 14. | According to the press release, DTC revenue increased due to "strong performance of well-established retail stores and e-commerce sites, and incremental revenue from four new retail stores opened in the third quarter of fiscal 2018, were both significant contributors." (quoting November 14, 2018 Press Release at 1) | AC ¶ 72 | X[21] | | X[22] | |

---

[18] Referring to the statement regarding the Company's increased number of stores and the typical peak quarters for the wholesale and DTC channels.

[19] Referring to the statement concerning the Company's interpretation of Q1 2019 results and that inventory levels were necessary to meet demand, which is also a protected forward-looking statement.

[20] Mr. Reiss included "**I think**" multiple times in his full response to the analyst's question. *See* Q1 2019 Earnings Call Tr. at 13.

[21] Referring to the statement that DTC revenue had increased.

[22] Referring to the statement attributing DTC revenue growth to the Company's retail stores and e-commerce sites.

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact | Puffery | Statements of Opinion | Forward-Looking Statements |
|---|---|---|---|---|---|---|
| 15. | The press release stated that "[b]ased on the strength of the performance across the business, with a particularly significant contribution from the DTC channel," Defendants were now expecting "fiscal 2019 results to exceed the outlook which was originally provided with the release of fourth quarter and fiscal year 2018 results on June 15, 2018." (quoting November 14, 2018 Press Release at 2) | AC ¶ 75 | X[23] | | X[24] | X |
| 16. | The Company reported that it was expecting "[a]nnual revenue growth of at least 30%" (compared to prior guidance of at least 20%), "[a]djusted EBITDA margin expansion of at least 150 basis points compared to full year fiscal 2018" (compared to prior guidance of at least 50 basis points) and "[a]nnual growth in adjusted net income per diluted share of at least 40%" (compared to prior guidance of 25%). (quoting November 14, 2018 Press Release at 2-3) | AC ¶ 75 | | | X | X |
| 17. | In the press release, defendant Reiss stated, "'[w]ith such an outstanding first half of the fiscal year, we are in a strong position ahead of our peak selling season.'" (quoting November 14, 2018 Press Release at 1) | AC ¶ 75 | | X | X | X |

---

[23] Referring to the statement regarding the portion of revenue attributable to the DTC channel.

[24] Referring to the statement regarding the Company's revenue projections and the justification for those projections, which is also a protected forward-looking statement.

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact | Puffery | Statements of Opinion | Forward-Looking Statements |
|---|---|---|---|---|---|---|
| 18. | Canada Goose's 2Q19 MD&A reported that "[t]he overall growth in sales along with the increased proportion of sales in the DTC segment continued in the second quarter of fiscal 2019 and is expected to continue as we open more retail stores and expand e-commerce access in future years." (quoting Q2 2019 6-K, MD&A at 4-5) | AC ¶ 76; *see also* AC ¶ 92 | X[25] | | X[26] | X |
| 19. | In his prepared remarks, defendant Reiss stated that Canada Goose was "continu[ing] to significantly grow our wholesale business alongside the great success of our direct-to-consumer channel." (quoting Q2 2019 Earnings Call Tr. at 5) | AC ¶ 79 | | X | X | X |
| 20. | Defendant Reiss further emphasized that the Company's "execution in the first half of fiscal 2019 was exceptional," putting Canada Goose in "an amazing position going into our peak selling season. Operational and financial performance in both channels has been outstanding . . . ." (quoting Q2 2019 Earnings Call Tr. at 6) | AC ¶ 79 | | X | X | X |
| 21. | During the call, defendant Sinclair described the wholesale channel as a "standout performer in a largest quarter for wholesale shipments in the fiscal year." (quoting Q2 2019 Earnings Call Tr. at 6) | AC ¶ 80 | | X | X | |

---

[25] Referring to the statement that overall sales and the proportion of sales attributable to the DTC had both increased in Q2 2019.

[26] Referring to the statement that the proportion of sales attributable to the DTC channel "is expected to continue" to increase in future years, which is also a protected forward-looking statement.

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact | Puffery | Statements of Opinion | Forward-Looking Statements |
|---|---|---|---|---|---|---|
| 22. | Defendant Sinclair further stated that, "[i]n response to customer requests, we fulfilled a higher proportion of our total season full winter order book in this quarter relative to last year." (quoting Q2 2019 Earnings Call Tr. at 6) | AC ¶ 80 | X | | | |
| 23. | Defendant Sinclair closed his prepared remarks by stating, "[f]inancially and operationally, we are entering our peak selling season from a real position of strength, and we are excited, optimistic and confident about the remainder of the year." (quoting Q2 2019 Earnings Call Tr. at 7) | AC ¶ 81 | | X | X | X |
| 24. | In response, defendant Sinclair explained that "there is a lower level of unfulfilled orders going into the third quarter," but assured investors that it was a "temporary timing factor." (quoting Q2 2019 Earnings Call Tr. at 8) | AC ¶ 82 | X[27] | | X[28] | |
| 25. | In response, defendant Sinclair acknowledged the Company's "very healthy level of inventory," but attributed the growth to the Company having "11 stores by the end of this quarter compared to 5 last year, [and] 12 websites compared to 11 last year." Defendant Sinclair also reassured investors that the Company's inventory was "consistent with the sorts of levels of revenue growth and network growth that we're talking about."[29] (quoting Q2 2019 Earnings Call Tr. at 10) | AC ¶ 83 | X[30] | X[31] | X | |

[27] Referring to the statement that the Company had a "lower level of unfulfilled orders going into the third quarter."

[28] Referring to the statement that the "unfulfilled orders" were a "temporary timing factor."

[29] Mr. Sinclair stated: "But **I think** that just – that's consistent with the sorts of levels . . . ." Q2 2019 Earnings Call Tr. at 10 (emphasis added).

[30] Referring to the statement regarding the number of stores and websites.

[31] Referring to the statement that inventory levels were "healthy" and "consistent" with anticipated revenue growth, which is also a statement of opinion.

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact | Puffery | Statements of Opinion | Forward-Looking Statements |
|---|---|---|---|---|---|---|
| 26. | Defendant Reiss responded, "I think that the scarcity factor that exists with our brand is because of the demand that exists in the marketplace. And we're very happy with the growth rates that – in the rate in which our business is growing. Top line and bottom line, we're happy with all of that." Conceding that "there's more inventory available this year," defendant Reiss also attributed the elevated inventory levels to more "brick[]-and-mortar stores this year" which he claimed required more inventory. (quoting Q2 2019 Earnings Call Tr. at 13) | AC ¶ 84 | X[32] | X[33] | X | |
| | **Plaintiff's Allegations Regarding the Company's Third Quarter FY2019 Earnings Disclosures (February 14, 2019)** | | | | | |
| 27. | Specifically, Canada Goose reported that it was expecting "[a]nnual revenue growth in the mid-to-high thirties on a percentage basis, compared to at least 30%," "[a]djusted EBITDA margin expansion of at least 150 basis points compared to fiscal 2018" which was unchanged from 2Q19 and "[a]nnual growth in adjusted net income per diluted share in the mid-to-high forties on a percentage basis, compared to at least 40%." Canada Goose's revised FY19 guidance assumed "[w]holesale revenue growth in the mid-to-high teens on a percentage basis." (quoting February 14, 2019 Press Release at 3) | AC ¶ 91 | | | X | X |

[32] Referring to the statement that inventory levels had increased and that the Company had more stores than in the prior year.

[33] Referring to the statement that the "scarcity factor" was due to the "demand" for the Company products, that Mr. Reiss was "happy" with the Company's growth rates, and that more inventory was needed given the Company's new stores, which are also statements of opinion.

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact | Puffery | Statements of Opinion | Forward-Looking Statements |
|---|---|---|---|---|---|---|
| 28. | It also stated that "[t]he decrease . . . in cash inflows from operating activities" for 3Q19 was primarily due to an "increase in funds . . . used to acquire inventory . . . *in anticipation of growing customer demand in the fourth quarter of fiscal 2019*." (quoting Q3 2019 6-K, MD&A at 31) | AC ¶ 93 | X[34] | | X[35] | X |
| 29. | Specifically, the y-o-y decrease in wholesale gross margins was due in part to "changes in product mix" while the decrease in DTC gross margins was also due to "a shift in product mix, with a higher proportion of lightweight down jacket sales" (quoting Q3 2019 6-K, MD&A at 13) | AC ¶ 94 | X | | | |
| 30. | In his prepared remarks, defendant Reiss once again told investors that the Company was continuing to "create demand ahead of supply."[36] (quoting Q3 2019 Earnings Call Tr. at 5) | AC ¶ 95 | | X | X | X |
| 31. | Defendant Reiss . . . closed his prepared remarks by stating, "[o]ur brand and products continue to resonate globally, both channels are going from strength to strength and we have made massive progress expanding in-house capacity. We're really excited – we are excited about next year as well and we remain deeply committed to our long-term vision." (quoting Q3 2019 Earnings Call Tr. at 6) | AC ¶ 95 | | X | X | X |

---

[34] Referring to the statement that "cash inflows" had decreased due to increased spending on inventory.

[35] Referring to the statement that the increase in inventory spending was "in anticipation" of growing demand in Q4 2019.

[36] Mr. Reiss stated: "By introducing newness in a authentic and measured way, we excite our fans and create demand ahead of supply and we gradually have built into that over time." Q3 2019 Earnings Call Tr. at 5.

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact | Puffery | Statements of Opinion | Forward-Looking Statements |
|---|---|---|---|---|---|---|
| 32. | Defendants then disclosed, for the first time, that the Company was experiencing "significantly more purchasing occurring earlier" in both the wholesale and DTC channels. As a result of the timing shifts, Defendants cautioned investors to expect "a naturally lower rate of speed in both channels through the remainder of the fiscal year." (quoting Q3 2019 Earnings Call Tr. at 8) | AC ¶ 96 | X[37] | | X[38] | X |
| 33. | Defendant Sinclair responded by dismissing concerns about the Company's massive y-o-y spike in inventory, stating, "we produce our inventory on a linear basis ahead of the planned growth for future seasons . . . and for future years" and claiming that "what you see now is an inventory being built in advance of our fiscal year 2020." (quoting Q3 2019 Earnings Call Tr. at 9) | AC ¶ 98 | X[39] | | X[40] | X |
| 34. | "[I]n terms of inventory, we're right where we want to be. We're happy with where we're positioned and a lot of it, as [Sinclair] mentioned, is for next year and also to point out that we do have more stores so – and having more stores, by definition, we need more inventory to fill those stores and that also adds to the increased inventory level." (quoting Q3 2019 Earnings Call Tr. at 9) | AC ¶ 99 | | | X | X |

---

[37] Referring to the statement that the Company had experienced earlier purchasing of its products.

[38] Referring to the statement that investors could expect slower growth in Q4 2019, which is also a protected forward-looking statement.

[39] Referring to the statement that the Company produces inventory "on a linear basis ahead of the planned growth for future seasons . . . and for future years."

[40] Referring to the statement that inventory levels were appropriate in relation to future growth, which is also a protected forward-looking statement.

| | Alleged False or Misleading Statement(s) | Amended Complaint Citation | Accurate Statements of Historical Fact | Puffery | Statements of Opinion | Forward-Looking Statements |
|---|---|---|---|---|---|---|
| 35. | . . . defendant Sinclair stated, "we have ample inventory to meet the demand both in wholesale and DTC. And you've seen us do that through this year. *You've seen us building inventory this year, that allows us to be very confident about next year and how we'll be able to continue to deliver growth in future seasons.*"[41] (quoting Q3 2019 Earnings Call Tr. at 12) | AC ¶ 100 | X[42] | | X[43] | X |
| 36. | In response, defendant Reiss claimed that the Company's increase in inventory was in anticipation of FY20, stating, "we start building inventory for next year even in the season."[44] (quoting Q3 2019 Earnings Call Tr. at 12) | AC ¶ 101 | X[45] | | X[46] | X |
| 37. | . . . defendant Reiss responded, "we're really happy with the performance of wholesale this year. And from what we've seen for – our early indications for our wholesale order book next year, we're really happy with that as well." (quoting Q3 2019 Earnings Call Tr. at 15) | AC ¶ 102 | | X | X | X |

[41] Mr. Sinclair began this response to an analyst's question with "**I think.**" *See* Q3 2019 Earnings Call Tr. at 12 (emphasis added).

[42] Referring to the statement that inventory levels had increased throughout FY2019.

[43] Referring to the statement that inventory levels were sufficient to meet demand and allowed the Company to be "confident" about FY2020 and beyond, which is also a protected forward-looking statement.

[44] Mr. Reiss began this response to an analyst's question with "**I think.**" *See* Q3 2019 Earnings Call Tr. at 12 (emphasis added).

[45] Referring to the statement that the Company builds inventory for future years "even in the season."

[46] Referring to the statement that increased inventory levels were necessary for anticipated growth in FY2020, which is also a protected forward-looking statement.