**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LI HONG CHENG and NATIONAL
ELEVATOR INDUSTRY PENSION FUND,
Individually and on Behalf of All Others
Similarly Situated,

                       Plaintiffs,

    -against-                                        19 **CIVIL** 8204 (VSB)

                                        **JUDGMENT**

CANADA GOOSE HOLDINGS INC., et al.,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated July 19, 2021, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        July 20, 2021

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                                       **BY:**     *K. Mango*

                                                                   **Deputy Clerk**